Addison, Emma
Adu-Gyamfi, Eva
Agyekum, Mabel
Akhtar, Yasmin
Akpan, Glory
Albert, Anounoune
Alexis, Dawne
Amankwa, Florence
Amoakowah, Abena
Ampadu, Eva
Ankama, Esther
Asafu-Agyei, Dorcas
Assan-Sackey, Grace
Austin, Maritza
Awuah, Theresa
Batson, Jewel
Benjamin, Augustina
Boakye, Stella
Boateng, Joyce
Borges-Casimir, Sutherlin
Brenya, Winifred
Brown, Dilayne
Brutus, Ketty
Cadet, Rosie
Campbell, Janette
Campbell, Judine
Carter, Annette
Castello, Lurline
Charles, Marie
Colas, Hummler
Conteh, Hawa
Dempster, Alda
Depestre, Marie
Dimitrova-Sabua, Svetlana
Dogbey, Joana
Douglas, Donna
Dzedikou, Mawuena
Essel, Madeline
Foster, Angela
Foster, Sussana
Francois, Mona
Grewal, Avtar
Haynes, Raquel
Henry, Maria
Hunnighen, Linda
Jean Pierre, Marie
Johnson, Aretha

**EXHIBIT A**

Jones, Fatmata
Julien-Primo, Huldah
Kaur, Balwinder
Kennedy-Griffiths, Sharon
Kuar, Manjinder
Laguerre, Guerline
Lanza, Gregoria
Lartey, Cynthia
Levy, Grace
Lindo, Shelly-Ann
Louis, Bertha
Magloire, Jilly-Ann
Masih, Yasmin
Mensah, Faustina
Mensah, Mercy
Meridien, Yanick
Minott, Sherryl
Morris, Judy
Nanor, Rosemund
Neverson, Olinda
Nyarko, Margaret
Ofori, Ruth
Ofran, Abena
Okyere, Abena
Olumese, Ngozi
Osei, David
Owusu, Ben
Owusu, Cecilia
Pascal, Yvette
Pena, Zoila
Quainoo, Felicia
Quaye, Rebecca
Richards, Hyacinth
Richards, Jovanka
Richards, Joy
Ringrose, Angela
Sakyiama, Joyce
Sarkodie, Irene
Seraphin, Maureen
Smith, Fay
Soliz, Tatyana
Sylvestre, Nathalie
Tiwa, Faustina
Toffah-Addico, Gloria
Togbor, Anna
Toworfe, Patrica
Twum, Salomey

**EXHIBIT A**

```
Ufomaduh, Rose-Mary
Walcott, Maude
Wayland, Veraline
Whyte, Claudette
Williams, Ulric
Yeboah, Cecillia
```

**EXHIBIT A**