## WAIVER OF SERVICE OF SUMMONS

TO: PATRICIA M. RODENHAUSEN, Regional Solicitor, U.S. Department of Labor

Hurtig-Evans International, Inc. acknowledges receipt of your request that Hurtig-Evans International, Inc. waives service of a summons in the action of Secretary of Labor v. Hurtig-Evans International, Inc., et al which is case docket number 07 CV 3332 in the U.S. District Court for the Southern District Court of New York. Hurtig-Evans International, Inc. has also received a copy of the complaint in the action, two copies of this instrument, and a means by which Hurtig-Evans International, Inc. can return the signed waiver to you without cost to Hurtig-Evans International, Inc.

Hurtig-Evans International, Inc. agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that it be served with judicial process in the manner provided by Rule 4.

Hurtig-Evans International, Inc. retains all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons. Hurtig-Evans International, Inc. understands that a judgment may be entered against Hurtig-Evans International, Inc. if an answer or motion under Rule 12 is not served upon you within 60 days after April 30, 2007, the date the request was sent.

5/29/07
Date

Signature
Typed name: PHILIP CASIMIR

as President
of Hurtig-Evans International, Inc.