## WAIVER OF SERVICE OF SUMMONS

TO: PATRICIA M. RODENHAUSEN, Regional Solicitor, U.S. Department of Labor

HEI, Inc. acknowledges receipt of your request that HEI, Inc. waives service of a summons in the action of Secretary of Labor v. Hurtig-Evans International, Inc., et al which is case docket number 07 CV 3332 in the U.S. District Court for the Southern District Court of New York. HEI, Inc. has also received a copy of the complaint in the action, two copies of this instrument, and a means by which HEI, Inc. can return the signed waiver to you without cost to HEI, Inc.

HEI, Inc. agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that it be served with judicial process in the manner provided by Rule 4.

HEI, Inc. retains all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons. HEI, Inc. understands that a judgment may be entered against HEI, Inc. if an answer or motion under Rule 12 is not served upon you within 60 days after April 30, 2007, the date the request was sent.

5/29/07
Date

Signature: [signed]
Typed name: PHILIP CASIMIR
as President
of HEI, Inc.