## WAIVER OF SERVICE OF SUMMONS

TO: PATRICIA M. RODENHAUSEN, Regional Solicitor, U.S. Department of Labor

Anisha Kiran Casimir acknowledges receipt of your request that Anisha Kiran Casimir waives service of a summons in the action of Secretary of Labor v. Hurtig-Evans International, Inc., et al which is case docket number 07 CV 3332 in the U.S. District Court for the Southern District of New York. Anisha Kiran Casimir has also received a copy of the complaint in the action, two copies of this instrument, and a means by which Anisha Kiran Casimir can return the signed waiver to you without cost to Anisha Kiran Casimir.

Anisha Kiran Casimir agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that she be served with judicial process in the manner provided by Rule 4.

Anisha Kiran Casimir retains all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons. Anisha Kiran Casimir understands that a judgment may be entered against Anisha Kiran Casimir if an answer or motion under Rule 12 is not served upon you within 60 days after May 29, 2007, the date the request was sent.

5/29/07
Date

_Anisha Casimir_
Anisha Kiran Casimir
Signature