UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------------x  
ELAINE L. CHAO,

                                 Plaintiff,

                -against-

HURTIG-EVANS INTERNATIONAL

                              Defendant.  
-------------------------------------------------------------------x

Rev. 3/01

ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE

07 Civ. 3332   (CLB)(MDF )

The above entitled action is referred to the Honorable Mark D. Fox, United States Magistrate Judge. The purpose(s) for the reference is/are the following:

|   | | |
|---|---|---|
| \_\_\_\_\_ | General Pretrial/Including Initial Case Management Conference  - or - | \_\_\_\_\_ Trials under 28 U.S.C. § 636(c) |
| \_\_\_\_\_ | General Pretrial/After Initial Case Management Conference held by District Judge | \_\_\_\_\_ Inquest (After default) |
| \_\_\_\_\_ | Discovery motion or other motion which does not require a report and recommendation (Do not check if assigned by GPT) | \_\_\_\_\_ Contested Damages Hearing |
| \_\_\_\_\_ | Discovery Disputes only when District Judge is unavailable (Do not check if assigned for GPT) | \_\_\_\_\_ Dispositive motion (i.e. motion requiring a report and recommendation) |
| \_\_\_\_\_ | Settlement (Do not check if assigned for GPT) | \_\_\_\_\_ Habeas Corpus |
| _X_ | All purposes permitted by law. | |

SO ORDERED.

Dated: White Plains, New York  
         June 25, 2007

                                                     */s/ Charles L. Brieant*  
                                                   Charles L. Brieant, U.S.D.J.