UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

                         Plaintiff,                        **Case No. 07 CV 3332 (CLB)**

      v.

Hurtig-Evans International, Inc., a
Corporation; HEI, Inc., a Corporation
dba Hurtig-Evans Home Care Services;           **ECF Case**
Phillip K.C. Casimir, Individually and
as an Officer of Hurtig-Evans International,
Inc. and HEI, Inc.; Anisha Kiran Casimir,
Individually and as an Officer of Hurtig-Evans
International, Inc. and HEI, Inc.,

                        Defendants.
---------------------------------------------------------------X

## **DEFENDANTS ANSWER TO PLAINTIFFS FIRST AMENDED COMPLAINT**

      Defendants ,Defendants , Defendants , HURTIG-EVDefendants , HURTIG-EVANS INDefendants , HURT

HOME CARE SERVICES, PHILLIP K.C. CASIMIR AND ANISHA KIRAN CASIMIR

(hereinafter(hereinafter referred to as Defendant ), by and through their(hereinafter referred to as Defendant ), by

toto the allegations containedto the allegations contained in Plaintiffs First Amended Complaint dated Aprilto the a

      1.      DefendantDefendant denies the allegations contained in paragraph 1" oDefendant denies the allegati

exceptexcept admits that Plaintiff purports to causeexcept admits that Plaintiff purports to cause this Court to hav

underunder the Fair Labor Standardsunder the Fair Labor Standards Act, under the Fair Labor Standards Act, and fu

relief can be granted.

1

2. Hurtig-Evans international Inc, Hurtig-Evans international Inc, no Hurtig-Evans international Inc, no longer

Main Street, Suite 201, New Rochelle, New York 10801.

3. DefDefendantDefendant denies allegations contained in paragraphs 5,6,7,8 of PlDefendant denies all

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

6. Plaintiffs Plaintiffs Complaint fails to state a claim upon which relief may be granted or for which the relief or recovery sought can be awarded.

## AS A FOR A SECOND AFFIRMATIVE DEFENSE

7. AtAt all times relevant heretoAt all times relevant hereto, Defendant At all times relevant hereto rightsrights which may be secured to Plaintiffs under federights which may be secured to Plaintiffs under fed guidelines and, as such, the applicable statute of limitation under the FLSA is two years.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

8. DefendantDefendant believes in goodDefendant believes in good faDefendant believes in good f individualsindividuals were exempt from the overtime requirements of the FLSA and asindividuals were exempt liquidatedliquidated damages under the statute Long IslandLong Island Care at Home v Coke _____U.S.__ 127 S. Ct. 2339 (June 2007)

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

9. Plaintiff s claims are barred, in whole or in part, because Plaintiff has failed to satisfy statutory or other prerequisites to suit by the applicable statues of limitation.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

10. TheThe Complaint is barred, inThe Complaint is barred, in whole or in part,The Complaint is bar actedacted in conformityacted in conformity with and in reliance upon written administrative regulations,acted in c

opinion letters with regard to some or all of the acts or omissions alleged in the Complaint.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

11.  TheThe relief sought in the Complaint is barred,The relief sought in the Complaint is barred, in part costs are not recoverable in actions pursued under 29 U.S.C. §216(b).

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

12.  TheThe relief sought in the Complaint is barred, in whole or The relief sought in the Com individualsindividuals enumerated in Exhibit Aindividuals enumerated in Exhibit A are estoppedindividuals enum or any relief against Defendant.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

13.  ToTo theTo the extent theTo the extent the individuals enumerated in Exhibit A are exempt from eli overtime compensation, they are not entitled to overtime compensation under the FLSA.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

14.  TheThe individual enumeratedThe individual enumerated in Exhibit A have been paidThe individ Plaintiff cannot state a claim upon which relief could be granted.

**WHEREFORE,** Defendant requests that the Court:

a.   dismiss with prejudice Plaintiff's Complaint;

b.   deny each and every demand, claim and prayer for relief contained in Plaintiff's Complaint;

c.   award to Defendant reimbursement for its costs, including attorneys' fees; and,

d.   grant such other and further relief as the Court deems just and proper.

Dated: New Rochelle, New York
      July 10, 2007

                              Respectfully submitted,

                              ROBERT DAVID GOODSTEIN

By: _____
    Robert David Goodstein, Esq
    Attorneys for Defendant
    56 Harrison Street, Suite 401
    New Rochelle, New York 1080l
    (914) 632-8382

To:    Harold Lemar, Esq
       Patricia M. Rodonhausen
       Regional Solicitor
       U.S. Department of Labor
       201 Varick Street, Room 983
       New York, New York 10014