UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

                              Plaintiff,

      - against -

Hutig-Evans International, Inc., a
Corporation; HEI, Inc., a Corporation
dba Hurtig-Evans Home Care Services;
Phillip K. C. Casimir, Individually and
as an Officer of Hurtig-Evans International,
Inc. and HEI, Inc.; Anisha Kiran Casimir,
Individually and as an Officer of Hurtig-Evans
International, Inc. and HEI, Inc.,

                         Defendants.
----------------------------------------------------------------X

ECF Case:
07 CV 3332 (CLB)

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the F.R.C.P. and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants, HURTIG-EVANS INTERNATIONAL INC AND H.E.I. INC d/b/a/ HURTIG-EVANS HOME CARE SERVICES, state that there are no parent corporations or any publicly held corporation which owns 10% or more of their respective stock.

Dated: New Rochelle, New York
       July 25, 2007

Robert David Goodstein (RDG-5443)
Attorneys for Defendant
56 Harrison Street, Suite 401
New Rochelle, New York 10801
(914) 632-8382