UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELAINE L. CHAO, Secretary of Labor, :
United States Department of Labor,    Civil Action
                                    : File No.
              Plaintiff,
                                    : 07-CV-3332
         v.
                                    :
Hurtig-Evans International, Inc.,
a Corporation; HEI, Inc., a Corporation : CONSENT
dba Hurtig-Evans Home Care
Services;                           : JUDGMENT
Philip K.C. Casimir, Individually and
as an Officer of                    :
Hurtig-Evans International, Inc. and
HEI, Inc.; and                      :
Anisha Kiran Casimir, Individually
and as an Officer of Hurtig-Evans   :
International, Inc. and
HEI, Inc.,                          :

              Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff, (the Secretary), has filed her complaint and defendants appeared by Counsel, and have waived any defense which they may have and agree to the entry of this Judgment without contest. Defendants acknowledge their responsibilities pursuant to this Judgment, and acknowledge that they will be subject to sanctions in contempt of this Court if they fail to comply with the provisions of this Judgment.

It is, therefore, upon motion of the attorneys for the Secretary and for good cause shown:

I. ORDERED that defendants, Hurtig-Evans International, Inc., HEI, Inc., Philip K.C. Casimir, and Anisha Kiran Casimir (collectively, Defendants), their officers, agents, employees, and all persons acting or claiming to act in their behalf and interest are permanently enjoined and restrained from violating the provisions of sections 7, 11(c), 15(a)(2), 15(a)(3) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. Section 201 et seq.), (the Act), in any of the following manners:

(A) Defendants shall pay their employees at time and one half of their regular rates of pay for all hours worked over forty per week, and shall not, contrary to Section 7 of the Act, employ any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce, within the meaning of the Act, for workweeks longer than the hours now, or which in the future become, applicable under Sections 7 and 15(a)(2) of the Act, unless the employees receive compensation for their employment in excess of the prescribed hours at rates not

2

less than one and one-half times the employees' regular rates.

II. Further, the Court finding, as agreed to by Defendants, that unpaid overtime compensation in the amount of $157,928.95 is to be paid certain employees listed on Exhibit A, it is:

ORDERED that Defendants are restrained from withholding the payment of overtime compensation and are directed to make payment of the overtime compensation listed in Exhibit A as specified below.

The provisions of this order relative to back wage payments shall be deemed satisfied when defendants deliver to plaintiff's representatives, JP Morgan-Chase, United States Department of Labor-Northeast Region, P.O. Box 880903, Dallas, Texas 75388-0903, lump sum checks payable to "Wage and Hour-Labor" in accordance with the schedule shown in Exhibit B attached. The plaintiff shall deliver the proceeds of those checks, less any legal deductions to the employees as indicated in Exhibit C.

III. Any sums not distributed to the named employees, or to their personal representatives because of inability to locate the proper persons or because of such persons' refusal to accept such sums, shall be deposited by Plaintiff with the Clerk of this Court who shall deposit

such money with the Treasurer of the United States pursuant to 28 U.S.C. §§2041 and 2042.

IV. Neither defendants nor any one on their behalf shall directly or indirectly solicit or accept the return or refusal of any sums paid under this Judgment.

V. Defendants shall make available to plaintiff the social security number and last known address of each employee or former employee listed in Exhibit A of this judgment, and it is further

VI. ORDERED that if the defendants fail to make an installment payment on Exhibit B without making up the arrearage within two weeks after notice to defendants' attorney, Robert David Goodstein, Esq., the entire balance shall become due and payable immediately; and it is further

VII. ORDERED that if the defendants fail to make any of the payments by the dates set forth in Exhibit B, the Court shall appoint a Receiver from a list of names offered by the Secretary or may appoint another Receiver at its discretion. In the event a Receiver is appointed, it is further

VIII. ORDERED that defendants shall produce to the Court appointed Receiver all books and records and any other information the Receiver requires to carry out the

provisions of this Judgment. In addition, the defendants shall submit to a sworn accounting by an independent certified public accountant and/or the Receiver, and shall testify, if the accountant or Receiver so decides; and it is further

IX. ORDERED that all the expenses of the accountant or Receiver shall be borne solely by defendants; and it is further

X. ORDERED that if the Court appoints a Receiver, the Receiver shall serve until the payment of the monetary terms of this Judgment are satisfied; and it is further

XI. ORDERED that the Receiver shall have full authority and discretion to: collect the Defendants' assets and report his/her findings to the Court and the parties; to redeem and/or liquidate the defendants' assets and turn over the proceeds to the Secretary; if the asset is a debt that is due, collect it and turn over the proceeds to the Secretary; to analyze all indebtedness and where deemed appropriate seek restructuring; to analyze all transfers of the defendants' assets; to prevent waste or fraud; and to do all acts and take all measures necessary or proper for the efficient performance of the duties under this Judgment and Order; and it is further

XII. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that neither the commencement of this action nor the provisions of this consent judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees of defendants not listed in Exhibit A, be they current or former employees, to file any action against Defendants under section 16(b) of the Act or likewise for any current or former employee to file any action against Defendants under section 16(b) of the Act for any violations alleged to have occurred after March 31, 2006.

XIII. It is FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own fees and other expenses incurred by such party in connection with this proceeding.

DATED:
    White Plains, NY
    *September 7, 2007*

                        *Charles Brieant*
                        Charles L. Brieant
                        United States District Judge

Defendants appeared by counsel, have waived
any defense to the Complaint, and
hereby consent to the
entry of this Judgment.

BY:

*[signature]*
Philip K. E. Casimir
Individually and as President of HEI, Inc
and
Hurtig-Evans International, Inc.

*[signature]*
Anisha Kiran Casimir
Individually, as chief executive officer
of Hurtig-Evans International, Inc. and as
Director of HEI, Inc.

*[signature]*
Robert David Goodstein, Esq.
56 Harrison Street, Suite 401
New Rochelle, NY 10801
(914) 632-8382

Attorney for Defendants

7

## HEI Inc. Interest Totals

| Last Name | First Name | Back Wage Amt. | Interest | Total |
|---|---|---|---|---|
| Adu-Gyamfi | Eva | $29.75 | $1.40 | $31.15 |
| Agyekum | Mabel | $432.50 | $21.61 | $454.11 |
| Akhtar | Yasmin | $36.13 | $0.00 | $36.13 |
| Akpan | Glory | $68.00 | $3.19 | $71.19 |
| Albert | Anounoune | $1,543.00 | $0.00 | $1,543.00 |
| Alexis | Dawne | $2,157.00 | $0.00 | $2,157.00 |
| Amankwa | Florence | $650.25 | $0.00 | $650.25 |
| Amoakowah | Abena | $269.03 | $0.00 | $269.03 |
| Ampadu | Eva | $230.00 | $17.67 | $247.67 |
| Ankama | Esther | $2,308.47 | $148.73 | $2,457.20 |
| Asafu-Agyei | Dorcas | $29.41 | $1.96 | $31.37 |
| Assan-Sackey | Grace | $2,394.00 | $176.17 | $2,570.17 |
| Austin | Maritza | $2,481.32 | $0.00 | $2,481.32 |
| Awuah | Theresa | $217.18 | $16.68 | $233.86 |
| Batson | Jewel | $1,089.00 | $79.96 | $1,168.96 |
| Benjamin | Augustina | $50.00 | $3.00 | $53.00 |
| Boakye | Stella | $764.00 | $58.69 | $822.69 |
| Boateng | Joyce | $3,986.24 | $279.58 | $4,265.82 |
| Borges-Casimir | Sutherlin | $42.44 | $1.28 | $43.72 |
| Brenya | Winifred | $13,097.51 | $6.93 | $13,104.44 |
| Brown | Dilayne | $454.50 | $27.29 | $481.79 |
| Brutus | Ketly | $48.00 | $2.09 | $50.09 |
| Cadet | Rosie | $1,341.75 | $40.44 | $1,382.19 |
| Campbell | Janette | $90.00 | $0.31 | $90.31 |
| Campbell | Judine | $68.00 | $3.40 | $71.40 |
| Carter | Annette | $2,043.00 | $156.95 | $2,199.95 |
| Castello | Lurline | $831.78 | $55.51 | $887.29 |
| Charles | Marie | $690.50 | $2.35 | $692.85 |
| Colas | Hummler | $718.75 | $45.53 | $764.28 |
| Conteh | Hawa | $866.25 | $26.11 | $892.36 |
| Dempster | Alda | $1,001.13 | $31.63 | $1,032.76 |
| Depestre | Marie | $1,441.30 | $48.18 | $1,489.48 |
| Dimitrova-Sabua | Svetlana | $136.00 | $0.46 | $136.46 |
| Dogbey | Joana | $51.00 | $1.88 | $52.88 |
| Douglas | Donna | $2,937.07 | $115.29 | $3,052.36 |
| Dzedikou | Mawuena | $80.67 | $6.20 | $86.87 |
| Essel | Madeline | $35.94 | $2.40 | $38.34 |
| Foster | Angela | $504.90 | $16.88 | $521.78 |
| Foster | Sussana | $719.48 | $28.86 | $748.34 |
| Francois | Mona | $2,931.37 | $176.04 | $3,107.41 |
| Grewal | Avtar | $848.00 | $51.78 | $899.78 |
| Haynes | Raquel | $91.38 | $4.29 | $95.67 |
| Henry | Maria | $2,095.25 | $139.84 | $2,235.09 |
| Hunnighen | Linda | $241.76 | $14.52 | $256.28 |
| Jean Pierre | Marie | $300.78 | $20.79 | $321.57 |
| Johnson | Aretha | $43.50 | $0.15 | $43.65 |
| Jones | Fatmata | $309.63 | $21.72 | $331.35 |
| Julien-Primo | Huldah | $1,608.75 | $123.59 | $1,732.34 |
| Kaur | Balwinder | $1,668.92 | $66.94 | $1,735.86 |
| Kennedy-Griffiths | Sharon | $358.02 | $21.50 | $379.52 |
| Kuar | Manjinder | $361.80 | $27.79 | $389.59 |

**EXHIBIT A**

## HEI Inc. Interest Totals

2

| Last Name | First Name | Back Wage Amt. | Interest | Total |
|---|---|---|---|---|
| Laguerre | Guerline | $397.61 | $23.89 | $421.70 |
| Lanza | Gregoria | $1,546.25 | $67.27 | $1,613.52 |
| Lartey | Cynthia | $2,331.83 | $7.92 | $2,339.75 |
| Levy | Grace | $216.00 | $7.95 | $223.95 |
| Lindo | Shelly-Ann | $1,384.38 | $87.69 | $1,472.07 |
| Louis | Bertha | $558.00 | $18.65 | $576.65 |
| Magloire | Jilly-Ann | $2,067.75 | $130.98 | $2,198.73 |
| Masih | Yasmin | $8,155.12 | $57.89 | $8,213.01 |
| Mensah | Faustina | $99.00 | $7.27 | $106.27 |
| Mensah | Mercy | $231.25 | $16.22 | $247.47 |
| Meridien | Yanick | $544.50 | $23.69 | $568.19 |
| Minott | Sherryl | $434.25 | $4.33 | $438.58 |
| Morris | Judy | $1,492.63 | $49.89 | $1,542.52 |
| Nanor | Rosemund | $9,464.57 | $112.72 | $9,577.29 |
| Neverson | Olinda | $3,277.63 | $52.62 | $3,330.25 |
| Nyarko | Margaret | $10,053.25 | $485.39 | $10,538.64 |
| Ofori | Ruth | $82.04 | $3.57 | $85.61 |
| Ofran | Abena | $177.00 | $5.92 | $182.92 |
| Okyere | Abena | $1,944.00 | $139.93 | $2,083.93 |
| Olumese | Ngozi | $5,525.00 | $99.52 | $5,624.52 |
| Osei | David | $198.44 | $13.24 | $211.68 |
| Owusu | Ben | $166.50 | $12.23 | $178.73 |
| Owusu | Cecilia | $99.00 | $7.27 | $106.27 |
| Pascal | Yvette | $858.50 | $17.22 | $875.72 |
| Pena | Zoila | $4,979.94 | $106.59 | $5,086.53 |
| Quainoo | Felicia | $403.75 | $28.32 | $432.07 |
| Quaye | Rebecca | $2,271.25 | $99.72 | $2,370.97 |
| Richards | Hyacinth | $2,316.81 | $69.82 | $2,386.63 |
| Richards | Jovanka | $730.75 | $43.88 | $774.63 |
| Richards | Joy | $1,489.20 | $99.39 | $1,588.59 |
| Ringrose | Angela | $3,113.31 | $109.95 | $3,223.26 |
| Sakyiama | Joyce | $375.00 | $28.81 | $403.81 |
| Sarkodie | Irene | $161.80 | $3.78 | $165.58 |
| Seraphin | Maureen | $4,504.86 | $107.58 | $4,612.44 |
| Smith | Fay | $487.49 | $32.53 | $520.02 |
| Soliz | Tatyana | $241.50 | $10.51 | $252.01 |
| Sylvestre | Nathalie | $510.00 | $20.46 | $530.46 |
| Tiwa | Faustina | $229.50 | $6.14 | $235.64 |
| Toffah-Addico | Gloria | $2,427.56 | $89.39 | $2,516.95 |
| Togbor | Anna | $13,218.25 | $723.45 | $13,941.70 |
| Toworfe | Patricia | $565.56 | $41.53 | $607.09 |
| Twum | Salomey | $5,925.50 | $161.41 | $6,086.91 |
| Ufomaduh | Rose-Mary | $803.25 | $29.58 | $832.83 |
| Walcott | Maude | $1,805.25 | $0.00 | $1,805.25 |
| Wayland | Veraline | $2,016.00 | $84.56 | $2,100.56 |
| Whyte | Claudette | $201.56 | $15.48 | $217.04 |
| Williams | Ulric | $442.00 | $19.23 | $461.23 |
| Yeboah | Cecilia | $609.75 | $44.77 | $654.52 |
| | | $157,928.95 | $5,527.71 | $163,456.66 |

**EXHIBIT A**

Exhibit B

Installment Plan Agreement

Total Gross Monthly Installment Agreement

### HEI Inc. d/b/a Hurtig Evans Home Care Center

| Payment No. | Due Date | Amount Due | Total Due |
|---|---|---|---|
| Initial Payment | 12/15/2007 | $20,000 | $20,000.00 |
| 1 | 01/15/2008 | $5,996.91 | $6,042.74 |
| 2 | 02/15/2008 | $5,996.91 | $6,022.35 |
| 3 | 03/15/2008 | $5,996.91 | $6,100.37 |
| 4 | 04/15/2008 | $5,996.91 | $6,059.06 |
| 5 | 05/15/2008 | $5,996.91 | $6,097.74 |
| 6 | 06/15/2008 | $5,996.91 | $6,121.49 |
| 7 | 07/15/2008 | $5,996.91 | $6,112.56 |
| 8 | 08/15/2008 | $5,996.91 | $6,163.93 |
| 9 | 09/15/2008 | $5,996.91 | $6,167.69 |
| 10 | 10/15/2008 | $5,996.91 | $6,241.95 |
| 11 | 11/15/2008 | $5,996.91 | $6,239.75 |
| 12 | 12/15/2008 | $5,996.91 | $6,201.17 |
| 13 | 01/15/2009 | $5,996.91 | $6,225.78 |
| 14 | 02/15/2009 | $5,996.91 | $6,478.24 |
| 15 | 03/15/2009 | $5,996.91 | $6,696.32 |
| 16 | 04/15/2009 | $5,996.91 | $6,038.48 |
| 17 | 05/15/2009 | $5,996.91 | $6,017.42 |
| 18 | 06/15/2009 | $5,996.91 | $6,358.78 |
| 19 | 07/15/2009 | $5,996.91 | $6,408.18 |
| 20 | 08/15/2009 | $5,996.91 | $6,364.36 |
| 21 | 09/15/2009 | $5,996.91 | $6,479.82 |
| 22 | 10/15/2009 | $5,996.91 | $6,369.30 |
| 23 | 11/15/2009 | $5,996.93 | $6,449.18 |
| | TOTALS: | $157,928.95 | $163,456.66 |

**EXHIBIT B**

U.S DEPARTMENT OF LABOR

Installment Amortization Schedule
Installment Agreement Date 12/15/2007

Case No: 1436887
Employer: HEI Inc. d/b/a Hurtig Evans Home Care Service

| | | | | |
|---|---|---|---|---|
| Beginning Payment Date: | 01/15/2008 | Ending Payment Date: | 11/15/2009 | |
| | | Current Interest Rate: | 4.00% | |
| Total BW Amount: | $157,928.95 | Number Of Payments: | 23 | |
| Initial Payment: | $20,000.00 | Pay Period: | Irregular | |

| Date Due | EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|---|
| 12/15/2007 | Maude Walcott | $1,805.25 | $0.00 | $1,805.25 |
| | Yasmin Akhtar | $36.13 | $0.00 | $36.13 |
| | Dawne Alexis | $2,157.00 | $0.00 | $2,157.00 |
| | Abena Amoakowah | $269.03 | $0.00 | $269.03 |
| | Anounoune Albert | $1,543.00 | $0.00 | $1,543.00 |
| | Florence Amankwa | $650.25 | $0.00 | $650.25 |
| | Maritza Austin | $2,461.32 | $0.00 | $2,481.32 |
| | Winifred Brenya | $11,058.02 | $0.00 | $11,058.02 |
| 1/15/2008 | Winifred Brenya | $2,039.49 | $6.93 | $2,046.42 |
| | Janette Campbell | $90.00 | $0.31 | $90.31 |
| | Marie Charles | $690.50 | $2.35 | $692.85 |
| | Svetlana Dimitrova-Sabua | $136.00 | $0.46 | $136.46 |
| | Aretha Johnson | $43.50 | $0.15 | $43.65 |
| | Cynthia Lartey | $2,331.83 | $7.92 | $2,339.75 |
| | Yasmin Masih | $665.59 | $27.71 | $693.30 |
| 2/15/2008 | Yasmin Masih | $5,996.91 | $25.44 | $6,022.35 |
| 3/15/2008 | Yasmin Masih | $1,492.62 | $4.74 | $1,497.36 |
| | Sherryl Minott | $434.25 | $4.33 | $438.58 |
| | Rosemund Nanor | $4,070.04 | $94.39 | $4,164.43 |
| 4/15/2008 | Rosemund Nanor | $5,394.53 | $18.33 | $5,412.86 |
| | Olinda Neverson | $602.38 | $43.82 | $646.20 |
| 5/15/2008 | Olinda Neverson | $2,675.25 | $8.80 | $2,684.05 |
| | Ngozi Olumese | $3,321.66 | $92.03 | $3,413.69 |
| 6/15/2008 | Ngozi Olumese | $2,203.34 | $7.49 | $2,210.83 |
| | Yvette Pascal | $858.50 | $17.22 | $875.72 |
| | Zoila Pena | $2,935.07 | $99.87 | $3,034.94 |
| 7/15/2008 | Zoila Pena | $2,044.87 | $6.72 | $2,051.59 |
| | Irene Sarkodie | $161.80 | $3.78 | $165.58 |
| | Maureen Seraphin | $3,790.24 | $105.15 | $3,895.39 |
| 8/15/2008 | Maureen Seraphin | $714.62 | $2.43 | $717.05 |
| | Faustina Tiwa | $229.50 | $6.14 | $235.64 |
| | Salomey Twum | $5,052.79 | $158.45 | $5,211.24 |
| 9/15/2008 | Salomey Twum | $872.71 | $2.96 | $875.67 |
| | Hyacinth Richards | $2,316.81 | $69.82 | $2,386.63 |
| | Sutherlin Borges-Casimir | $42.44 | $1.28 | $43.72 |
| | Rosie Cadet | $1,341.75 | $40.44 | $1,382.19 |

**EXHIBIT C**

|  | Name | | | |
|---|---|---|---|---|
|  | Hawa Conteh | $866.25 | $26.11 | $892.36 |
|  | Alda Dempster | $556.95 | $30.17 | $587.12 |
| 10/15/2008 | Alda Dempster | $444.18 | $1.46 | $445.64 |
|  | Marie Depestre | $1,441.30 | $48.18 | $1,489.48 |
|  | Angela Foster | $504.90 | $16.88 | $521.78 |
|  | Bertha Louis | $558.00 | $18.65 | $576.65 |
|  | Judy Morris | $1,492.63 | $49.89 | $1,542.52 |
|  | Abena Ofran | $177.00 | $5.92 | $182.92 |
|  | Angela Ringrose | $1,378.90 | $104.06 | $1,482.96 |
| 11/15/2008 | Angela Ringrose | $1,734.41 | $5.89 | $1,740.30 |
|  | Gloria Toffah-Addico | $2,427.56 | $89.39 | $2,516.95 |
|  | Joana Dogbey | $51.00 | $1.88 | $52.88 |
|  | Grace Levy | $216.00 | $7.95 | $223.95 |
|  | Rose-Mary Ufomaduh | $803.25 | $29.58 | $832.83 |
|  | Donna Douglas | $764.69 | $108.15 | $872.84 |
| 12/15/2008 | Donna Douglas | $2,172.38 | $7.14 | $2,179.52 |
|  | Sussana Foster | $719.48 | $28.86 | $748.34 |
|  | Balwinder Kaur | $1,668.92 | $66.94 | $1,735.86 |
|  | Nathalie Sylvestre | $510.00 | $20.46 | $530.46 |
|  | Veraline Wayland | $926.13 | $80.86 | $1,006.99 |
| 1/15/2009 | Veraline Wayland | $1,089.87 | $3.70 | $1,093.57 |
|  | Ulric Williams | $442.00 | $19.23 | $461.23 |
|  | Ruth Ofori | $82.04 | $3.57 | $85.61 |
|  | Tatyana Soliz | $241.50 | $10.51 | $252.01 |
|  | Yanick Meridien | $544.50 | $23.69 | $568.19 |
|  | Ketty Brutus | $48.00 | $2.09 | $50.09 |
|  | Gregoria Lanza | $1,546.25 | $67.27 | $1,613.52 |
|  | Rebecca Quaye | $2,002.75 | $98.81 | $2,101.56 |
| 2/15/2009 | Rebecca Quaye | $268.50 | $0.91 | $269.41 |
|  | Eva Adu-Gyamfi | $29.75 | $1.40 | $31.15 |
|  | Raquel Haynes | $91.38 | $4.29 | $95.67 |
|  | Glory Akpan | $68.00 | $3.19 | $71.19 |
|  | Margaret Nyarko | $5,539.28 | $471.54 | $6,010.82 |
| 3/15/2009 | Margaret Nyarko | $4,513.97 | $13.85 | $4,527.82 |
|  | Mabel Agyekum | $432.50 | $21.61 | $454.11 |
|  | Judine Campbell | $68.00 | $3.40 | $71.40 |
|  | Anna Togbor | $982.44 | $660.55 | $1,642.99 |
| 4/15/2009 | Anna Togbor | $5,996.91 | $41.57 | $6,038.48 |
| 5/15/2009 | Anna Togbor | $5,996.91 | $20.51 | $6,017.42 |
| 6/15/2009 | Anna Togbor | $241.99 | $0.82 | $242.81 |
|  | Guerline Laguerre | $397.81 | $23.89 | $421.70 |
|  | Mona Francois | $2,931.37 | $176.04 | $3,107.41 |
|  | Linda Hunnighen | $241.76 | $14.52 | $256.28 |
|  | Sharon Kennedy-Griffiths | $358.02 | $21.50 | $379.52 |
|  | Jovanka Richards | $730.75 | $43.88 | $774.63 |
|  | Augustina Benjamin | $50.00 | $3.00 | $53.00 |
|  | Dilayne Brown | $454.50 | $27.29 | $481.79 |
|  | Avtar Grewal | $590.71 | $50.93 | $641.64 |
| 7/15/2009 | Avtar Grewal | $257.29 | $0.85 | $258.14 |
|  | Jilly-Ann Magloire | $2,067.75 | $130.98 | $2,198.73 |
|  | Hummler Colas | $718.75 | $45.53 | $764.28 |
|  | Shelly-Ann Lindo | $1,384.38 | $87.69 | $1,472.07 |

**EXHIBIT C**

| Date | Name | | | |
|---|---|---|---|---|
| | Esther Ankama | $1,568.74 | $146.22 | $1,714.96 |
| 8/15/2009 | Esther Ankama | $739.73 | $2.51 | $742.24 |
| | Joy Richards | $1,489.20 | $99.39 | $1,588.59 |
| | Lurline Castello | $831.78 | $55.51 | $887.29 |
| | Maria Henry | $2,095.25 | $139.84 | $2,235.09 |
| | Madeline Essel | $35.94 | $2.40 | $38.34 |
| | Dorcas Asafu-Agyei | $29.41 | $1.96 | $31.37 |
| | David Osei | $198.44 | $13.24 | $211.68 |
| | Fay Smith | $487.49 | $32.53 | $520.02 |
| | Marie Jean Pierre | $89.67 | $20.07 | $109.74 |
| 9/15/2009 | Marie Jean Pierre | $211.11 | $0.72 | $211.83 |
| | Mercy Mensah | $231.25 | $16.22 | $247.47 |
| | Felicia Quainoo | $403.75 | $28.32 | $432.07 |
| | Fatmata Jones | $309.63 | $21.72 | $331.35 |
| | Joyce Boateng | $3,986.24 | $279.58 | $4,265.82 |
| | Abena Okyere | $854.93 | $136.35 | $991.28 |
| 10/15/2009 | Abena Okyere | $1,089.07 | $3.58 | $1,092.65 |
| | Faustina Mensah | $99.00 | $7.27 | $106.27 |
| | Cecilia Yeboah | $609.75 | $44.77 | $654.52 |
| | Cecilia Owusu | $99.00 | $7.27 | $106.27 |
| | Ben Owusu | $166.50 | $12.23 | $178.73 |
| | Jewel Batson | $1,089.00 | $79.96 | $1,168.96 |
| | Patrica Toworfe | $565.56 | $41.53 | $607.09 |
| | Grace Assan-Sackey | $2,279.03 | $175.78 | $2,454.81 |
| 11/15/2009 | Grace Assan-Sackey | $114.97 | $28.81 | $115.36 |
| | Stella Boakye | $764.00 | $17.67 | $822.69 |
| | Huldah Julien-Primo | $1,608.75 | $16.68 | $1,732.34 |
| | Annette Carter | $2,043.00 | $0.39 | $2,199.95 |
| | Mawuena Dzedikou | $80.67 | $58.69 | $86.87 |
| | Claudette Whyte | $201.56 | $123.59 | $217.04 |
| | Manjinder Kuar | $361.80 | $156.95 | $389.59 |
| | Joyce Sakyiama | $375.00 | $6.20 | $403.81 |
| | Eva Ampadu | $230.00 | $16.48 | $247.67 |
| | Theresa Awuah | $217.18 | $27.79 | $233.86 |
| | | **$157,928.95** | **$5,527.71** | **$163,456.66** |

**EXHIBIT C**

**U.S. Department of Labor**     Office of the Solicitor
201 Varick Street
New York, New York 10014



Reply to the Attention of:   SOL:HWL
212-337-2095
Fax. 212-337-2112

September 7, 2007

Hon. Charles L. Brieant
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Dear Judge Brieant:

Re: Secretary of Labor v. Hurtig-Evans International, Inc. et al
    Civil Action No. 07-3332

Enclosed please find an original copy of a Consent Judgment in the above captioned matter. This Consent Judgment is submitted as a full and final resolution of the above captioned matter and is submitted for the Court's approval. If you have any questions, please call me at (212) 337-2095.

Sincerely,

Patricia M. Rodenhausen
Regional Solicitor

BY: *[signature]*
Harold W. LeMar
Attorney

Enc

UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
201 VARICK STREET, ROOM 983
NEW YORK, NEW YORK 10014
Facsimile No. (212) 337-2112

TELEFAX MESSAGE

DATE: 9/7/2007     RECIPIENT'S FAX NO. (914)390-4085

TOTAL PAGES INCLUSDING COVERSHEET: (15)

PLEASE HAND DELIVER THE FOLLOWING
DOCUMENTS TO: Honorable Charles L. Brieant (Chambers)

RECIPIENT'S NAME: OFFICE: Hon. Charles L. Brieant

TELEPHONE NO.: (914)390-4077

PLEASE CALL IMMEDIATELY IF THE COPY YOU
RECEIV IS INCOMPLETE OR ILLEGIBLE

SENDER'S NAME: Waddell Simpson/Paralegal Specialist
            For Harold W. LeMar Esq.
TELEPHONE NO.: (212) 337-2110/2095

DESCRIPTION OF DOCUMENTS TRANSMITTED:
07-CV-3332, Re: Hurtig-Evans International, Inc., et al.
(Consent Judgment)